BRYANT PARK BANK, Respondent, v. PACIFIC FINANCE CORPORATION and LEO RITTER, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MORRIS FLOREA, Appellant, v. MICHAEL F. BREEN, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MINNA I. POTTER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with costs and disbursements. No opinion. (See *Eger* v. *City of New York*, 239 N. Y. 561.) Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Townley, J., dissents and votes to reverse and deny the motion.

MAYBORO CORPORATION, Respondent, v. HANOVER LUNCH & RESTAURANT Co., INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS TAUBMAN, Indicted as LOUIS TOBIN, Appellant.— Judgment affirmed. (See *People ex rel. Frank* v. *McCann*, 227 App. Div. 57; affd., 253 N. Y. 221.) Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANDREW HAUGSBEE, Respondent, v. FRANK GARFINKEL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CHARLES LEVY, Appellant, v. MOSES L. ANNENBERG, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

REBECCA THRONE and ALBERT COHEN, as Assignees of MAX CHAIKEN, Respondents, v. NORTH RIVER INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

FREDERICK ADOLPH, Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of J. SELIG MAISEL for Reinstatement as Attorney and Counselor at Law.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GRACE LEVINE, Respondent, v. PHILIP L. SMITH and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted on condition that the examination be completed by December 31, 1932, and that the trial be not delayed beyond January 3, 1933. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.